STATE OF NEW JERSEY v. MARC DORSEY.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. FRACTION.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GUY.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BRODIE.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY ROBINSON.

June 17, 1986.

Petition for certification denied.